IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN LOUIS RUTLEDGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv785-TMH |
| | ) | (WO) |
| LUTHER STRANGE, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Petitioner has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2014.


                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE